UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LOCKHEAD MARTIN CORPORATION, *a Maryland corporation*,

                                        Plaintiff,

                    -against-

GLENCORE, LTD, *individually and d/b/a Clarendon, Ltd.*,

                                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Civ. 3636 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The June 2, 2020 conference is adjourned to August 11, 2020 at 9:45 a.m.

Dated: New York, New York
         June 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge