UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LOCKHEED MARTIN CORPORATION,

                         Plaintiff,

   -against-

GLENCORE, LTD. et al.,

                        Defendant.

15 Civ. 3636 (GBD)

**ORDER**

------------------------------------- x

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on October 13, 2020 at 9:45 a.m. is hereby adjourned to December 8, 2020 at 9:45 a.m.

Dated: October 13, 2020
       New York, New York

                                           SO ORDERED.

                                           GEORGE B. DANIELS
                                           UNITED STATES DISTRICT JUDGE