UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LOCKHEED MARTIN CORPORATION,

         Plaintiff,

 -against-

GLENCORE, LTD. *individually and d/b/a*
CLARENDON, LTD.,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Civ. 3636 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 4 2020

GEORGE B. DANIELS, United States District Judge:

The parties' proposed briefing schedule is GRANTED and is as follows:

- Plaintiff shall file a motion for summary judgment on or before January 8, 2021.

- Defendant shall file an opposition to Plaintiff's motion for summary judgment on or before February 12, 2021.

- Plaintiff shall file a reply in support of its motion for summary judgment on or before March 5, 2021.

The status conference scheduled to occur on December 8, 2020 at 9:45 a.m. is cancelled.

Oral argument is scheduled for March 23, 2021 at 10:30 a.m.

Dated: New York, New York
   October 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge