**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

LOCKHEED MARTIN CORPORATION,

                                        Plaintiff,

                                  ORDER

      -against-

                                  15 Civ. 3636 (GBD)

GLENCORE, LTD. *individually and d/b/a*
CLARENDON, LTD.,

                                    Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The parties' proposed briefing schedule is GRANTED and is as follows:

- Plaintiff shall file a motion for summary judgment on or before January 19, 2021.

- Defendant shall file an opposition to Plaintiff's motion for summary judgment on or before February 23, 2021.

- Plaintiff shall file a reply in support of its motion for summary judgment on or before March 16, 2021.

The oral argument is adjourned from March 23, 2021 to at 10:30 a.m. is hereby adjourned to April 20, 2021 at 10:30 a.m.

Dated: New York, New York
        January 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge