UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LOCKHEED MARTIN CORPORATION,

                            Plaintiff,

    -against-

GLENCORE, LTD. *individually and d/b/a*
CLARENDON, LTD.,

                            Defendant.
------------------------------------- x

ORDER

15 Civ. 3636 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' proposed briefing schedule is GRANTED and is as follows:

- Plaintiff shall file a motion for summary judgment on or before February 9, 2021.

- Defendant shall file an opposition to Plaintiff's motion for summary judgment on or before March 16, 2021.

- Plaintiff shall file a reply in support of its motion for summary judgment on or before April 6, 2021.

The oral argument is adjourned from April 20, 2021 to May 11, 2021 at 10:30 a.m.

Dated: New York, New York
       January 21, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge