UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
LOCKHEED MARTIN CORPORATION, :
:
                           Plaintiff, :
:     ORDER
    -against- :
:     15 Civ. 3636 (GBD)
GLENCORE, LTD. *individually and d/b/a* :
CLARENDON, LTD., :
:
                         Defendant. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The parties' proposed briefing schedule is GRANTED and is as follows:

- Plaintiff shall file a motion for summary judgment on or before April 1, 2021.

- Defendant shall file an opposition to Plaintiff's motion for summary judgment on or before May 6, 2021.

- Plaintiff shall file a reply in support of its motion for summary judgment on or before May 27, 2021.

The oral argument scheduled to occur on May 25, 2021 at 10:30 a.m. is hereby cancelled.

Dated: New York, New York
       March 3, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge