

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LOCKHEED MARTIN CORPORATION,

        Plaintiff,

v.

GLENCORE LTD.,

        Defendant.

------------------------------------------------------------x

Civil Action No. 15 CV 3636 (GBD)

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUL 0 6 2021

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their counsel, that the above-captioned litigation and all claims pending against Defendant Glencore Ltd. are hereby voluntarily dismissed with prejudice.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the parties shall bear their own attorneys' fees, costs, and expenses.

Dated: New York, New York
       June 30, 2021

Respectfully submitted,

**BEVERIDGE & DIAMOND, P.C.**

*/s/ John S. Guttmann*

John S. Guttmann
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Tel.: (202) 789-6020
Email: jguttmann@bdlaw.com

*Attorneys for Plaintiff Lockheed Martin Corporation*

**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**

*/s/ Eliot Lauer*

Eliot Lauer
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Email: elauer@curtis.com

*Attorneys for Defendant Glencore Ltd.*